UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-21513-CIV-ALTONAGA/Goodman

EMILIO PINERO,

        Plaintiff,

v.

W.R.R. PETROLEUM
CORPORATION,

        Defendant.
_____/

## NOTICE OF SETTLEMENT

The plaintiff, through undersigned Counsel, hereby notifies the Court that the parties have reached a settlement agreement of all claims and issues that were or could have been raised by the Plaintiff in this lawsuit. The parties have prepared formal written agreements and will be filing a stipulation for dismissal with prejudice within 14 days.

Dated this June 11, 2017

LAUREN N. WASSENBERG, ESQ.
*Attorney for Plaintiffs*
1825 N Corporate Blvd Ste 110
Boca Raton, FL 33431
Ph; 561-571-0646
Email: WassenbergL@gmail.com

By: s/ Lauren N. Wassenberg
      Lauren N. Wassenberg, Esq.
      Florida Bar No. 34083

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 11th day of June, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel or record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ Lauren Wassenberg
Lauren Wassenberg, Esq.
Florida Bar: 34083
