UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-21513-CIV-ALTONAGA/Goodman

EMILIO PINERO,

        Plaintiff,

v.

W.R.R. PETROLEUM
CORPORATION,

        Defendant.
_____/

NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, by and through undersigned counsel, hereby dismisses this matter *with prejudice* against all Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 15, 2017

s/ Lauren Wassenberg
LAUREN WASSENBERG, ESQ.
Attorney for Plaintiff
Florida Bar No. 34083
1825 NW Corporate Blvd Ste 110
Boca Raton, FL 33431
Ph 561-571-0646

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 16th day of June 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel or record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ Lauren Wassenberg
Lauren Wassenberg, Esq.
Florida Bar No.: 34083